JOHN D. SULLIVAN
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
Email: John.Sullivan2@usdoj.gov



FILED

JAN 1 8 2018

Clerk, U S District Court
District Of Montana
Billings

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ALLEN JONES,<br><br>Defendant. | CR 18- 10 -BLG- DLC<br><br>**INDICTMENT**<br><br>**CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE AND TO DISTRIBUTE METHAMPHETAMINE**<br>(Count I)<br>Title 21 U.S.C. § 846<br>(Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release)<br><br>**POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE**<br>(Count II)<br>Title 21 U.S.C. § 841(a)(1)<br>(Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) |

THE GRAND JURY CHARGES:

## COUNT I

That beginning in or about April 2016, and continuing thereafter until in or about October 2016, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, CHRISTOPHER ALLEN JONES, together with others both known and unknown to the Grand Jury, knowingly conspired and agreed to distribute, and to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 500 or more grams of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT II

That beginning in or about April 2016, and continuing thereafter until in or about October 2016, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, CHRISTOPHER ALLEN JONES, knowingly possessed, with the intent to distribute, 500 or more grams of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

//

//

//

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

FOREPERSON

KURT G. ALME
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓ _____
Bail: Ø _____