IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ALLEN JONES,<br><br>Defendant. | CR 18-10-BLG-DLC<br><br><br><br>**WRIT OF HABEAS CORPUS** (For Prosecution) |

To: Rod Ostermiller, Acting United States Marshal, District of Montana, Mike Linder, Sheriff of Yellowstone County, and the Warden of Montana State Prison

YOU ARE HEREBY COMMANDED to bring Christopher Allen Jones, who is presently in your custody at the Yellowstone County Detention Facility in Billings, MT, before the Honorable Timothy J. Cavan, United States Magistrate Judge of the United States District Court for the State and District of Montana, at the courtroom of the United States Magistrate Court, Billings, Montana at 9:00

1

a.m. on February 27, 2018, for such purposes as the court may determine, and upon conclusion of all proceedings, Christopher Allen Jones shall be returned to the custody of the Warden of Montana State Prison.

WITNESS the Honorable Timothy J. Cavan

United States Magistrate Judge at Billings, Montana this 13th day of February, 2018.

Tyler P. Gilman, Clerk

_____
Clerk

_____
Deputy Clerk